IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JUSTYN A. GRIMSLEY, *individually and on behalf of all persons similarly situated*,<br><br>    Plaintiff,<br><br>  v.<br><br>ENVIRONMENTAL MANAGEMENT SPECIALISTS, INC.,<br><br>    Defendant. | Case No.: 2:15-cv-02371-MHW-NMK<br><br>CIVIL ACTION<br>COLLECTIVE AND CLASS ACTION |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**<u>PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT</u>**

Plaintiff Justyn A. Grimsley ("Plaintiff"), through his undersigned counsel, respectfully moves this Court for an Order:

1. Granting preliminary approval of the Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion;

2. For settlement purposes, preliminarily certifying the state law claims as a FED. R. CIV. P. 23 class on behalf of the Ohio Settlement Class and conditionally certifying the FLSA claims pursuant to 29 U.S.C. § 216(b);

3. Preliminarily approving Plaintiff Justyn A. Grimsley as the Representative of the Ohio Settlement Class;

4. Preliminarily approving Berger & Montague, P.C. and Landskronner Grieco & Merriman, LLC as Class Counsel for the Ohio Settlement Class;

5. Preliminarily approving The Angeion Group as Settlement Administrator and preliminarily approving the costs of claims administration;

6. Approving the Settlement Notice and Opt-In Consent Form, true and correct copies of which are attached as Exhibits A and B, respectively, to the Settlement Agreement; and

7. Approving the proposed schedule and procedure for completing the final approval process as set forth in the Parties' Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Shanon J. Carson in Support of Plaintiff's Unopposed Motion for Preliminary Approval of the Settlement Agreement, the attached Exhibits, and all other records, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

A proposed Order is submitted for the Court's consideration.

Dated: February 26, 2016

Respectfully submitted,

/s/ Sarah R. Schalman-Bergen
Shanon J. Carson
Sarah R. Schalman-Bergen
Alexandra K. Piazza
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: scarson@bm.net
       sschalman-bergen@bm.net
       apiazza@bm.net

Jack Landskroner (0059227)
Drew Legando (0084209)
LANDSKRONER GRIECO MERRIMAN LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
Phone: (216) 522-9000
Fax: (216) 522-9007
Email: jack@lgmlegal.com
       drew@lgmlegal.com

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 26th day of February, 2016.

s/ Sarah R. Schalman-Bergen_____
Sarah R. Schalman-Bergen
