IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JUSTYN A. GRIMSLEY, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ENVIRONMENTAL MANAGEMENT SPECIALISTS, INC.,<br><br>　　　　　　Defendant. | Case No. 2:15-cv-02371-MHW-NMK<br><br>CIVIL ACTION<br>COLLECTIVE AND CLASS ACTION |

**PLAINTIFF'S UNOPPOSED MOTION FOR
APPROVAL OF ATTORNEYS' FEES AND COSTS**

　　Pursuant to Federal Rule of Civil Procedure 23(h), Class Counsel for Plaintiff Justyn A. Grimsley ("Plaintiff"), individually and on behalf of all others similarly situated, respectfully seek reimbursement for attorneys' fees in the amount of One Hundred and Eight Thousand Dollars and Thirty-Three Cents ($108,333.33) (which is one-third of the Gross Settlement Amount), and the payment of out-of-pocket costs incurred by Class Counsel, which currently are $10,973.89, as established by the Settlement Agreement between Plaintiff and Defendant Environmental Management Specialists, Inc. ("Defendant").

　　This Motion is based on the accompanying Memorandum of Law, the Declaration of Sarah R. Schalman-Bergen, the Declaration of Jack Landskroner, and all other records, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

Dated: July 18, 2016　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s Sarah R. Schalman-Bergen
　　　　　　　　　　　　　　　　　　　　　　Shanon J. Carson (PA 85957)*
　　　　　　　　　　　　　　　　　　　　　　Sarah R. Schalman-Bergen (PA 206211)*

Alexandra K. Piazza (PA 315240)*
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA  19103
T. (215) 875-3000
F. (215) 875-4604
E. scarson@bm.net
sschalman-bergen@bm.net
apiazza@bm.net

*Admitted  pro hac vice.*

Jack Landskroner (0059227)
Drew Legando (0084209)
**LANDSKRONER   GRIECO   MERRIMAN LLC**
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
T. (216) 522-9000
F. (216) 522-9007
E. jack@lgmlegal.com, drew@lgmlegal.com

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon counsel for Defendant through the Court's ECF system this 18th day of July 2016.

s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen
