IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JUSTYN A. GRIMSLEY, *individually and on behalf of all persons similarly situated*,<br><br>        Plaintiff,<br><br>  v.<br><br>ENVIRONMENTAL MANAGEMENT SPECIALISTS, INC.,<br><br>        Defendant. | Case No.: 2:15-cv-02371-MHW-NMK<br><br>CIVIL ACTION<br>COLLECTIVE AND CLASS ACTION |

**PLAINTIFF'S UNOPPOSED MOTION FOR
<u>FINAL APPROVAL OF THE SETTLEMENT AGREEMENT</u>**

Plaintiff Justyn Grimsley ("Plaintiff"), respectfully moves this Court for an Order:

1.    Granting final approval of the parties' Settlement Agreement, submitted to the Court at ECF No. 31-1;

2.    Certifying the FLSA claims pursuant to 29 U.S.C. § 216(b) and the following Settlement Class pursuant to FED. R. CIV. P. 23:

> All current or former employees of Defendant who performed work as Drill Pad Support Supervisors at any time between June 9, 2012 and November 16, 2015;

3.    Finally approving Plaintiff Grimsley as the Representative of the Settlement Class, and approving the $10,000.00 service award to Plaintiff Grimsley for his service to the Settlement Class and in exchange for his additional released claims in favor of Defendant;

4.    Finally approving Berger & Montague, P.C. and Landskroner Grieco Merriman LLC as Class Counsel for the Settlement Class, and approving Class Counsel's attorneys' fees in the amount of $108,333.33 and costs in the amount of $11,973.90;

5.     Finally approving Dahl Administration as the Settlement Administrator and finally approving the costs of settlement administration not to exceed $5,750.00; and

6.     Dismissing this class and collective action with prejudice.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Sarah R. Schalman-Bergen of Berger & Montague, P.C., and all other records, pleadings and papers on file in this action.

A proposed Order is submitted for the Court's consideration.

Dated: September 1, 2016                           Respectfully submitted,

s/ Sarah R. Schalman-Bergen
Shanon J. Carson
Sarah R. Schalman-Bergen
Alexandra K. Piazza
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net
apiazza@bm.net

Jack Landskroner (0059227)
Drew Legando (0084209)
LANDSKRONER GREICO MERRIMAN, LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
Telephone:  (216) 522-9000
Facsimile:  (216) 522-9007
Email:  jack@lgmlegal.com
            drew@lgmlegal.com

*Attorneys for Plaintiff and the Class*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed on the ECF docket and is available for viewing and download on this 1st day of September, 2016.

                                              s/ Sarah R. Schalman-Bergen
                                              Sarah R. Schalman-Bergen