UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Justyn A. Grimsley,
*individually and on behalf
of all persons similarly
situated*,

    Plaintiff,

v.

Environmental Management
Specialists, Inc.,

    Defendant.

Case No. 2:15–cv–2371

Judge Michael H. Watson
Magistrate Judge Jolson

## ORDER

Plaintiff has moved for final approval of class action settlement and application for an award of attorneys' fees and expenses. ECF Nos. 36 and 38. As directed at the fairness hearing conducted on September 12, 2016, Plaintiff has until **September 16, 2016** to supplement the record in support of his request for attorneys' fees. Plaintiff may redact privileged information from the billing records when filing them with the Court, but he is **ADVISED** that such records must contain sufficient information for this Court to make an independent determination as to the reasonableness of the fees.

In addition, while Plaintiff's counsel from the law firm of Berger & Montague, P.C. has submitted information regarding the expertise of the firm and

its lawyers, see Exhibit A, attached to the Declaration of Sarah R. Schalman-Bergen, ECF No. 36-2, Plaintiff's counsel from the law firm of Landskroner Grieco Merriman, LLC has not submitted such evidence of expertise. See Decl. of Jack Landskroner, ECF No. 36-3. If Plaintiff wishes to supplement the record and submit evidence of the expertise of counsel from the law firm of Landskroner Grieco Merriman, LLC, he shall do so no later than **September 16, 2016.**

At the fairness hearing, Plaintiff's counsel advised that the proposed order granting final approval of the settlement agreement, ECF No. 38-1, contains a typographical error. Plaintiff shall submit a revised proposed order no later than **September 16, 2016.**

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**