**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Justyn A. Grimsley,
*individually and on behalf
of all persons similarly situated*,

vs.   Case No. 2:15-cv-2371

Environmental Management   **Judge Michael H. Watson**
Specialists, Inc.,

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 29, 2017 Opinion and Order, this action is DISMISSED WITH PREJUDICE.

Date: **March 29, 2017**     **Richard W. Nagel, Clerk**

　　　　　　　　　　　　　　　　　　 s/ Jennifer Kacsor
　　　　　　　　　　　　　　　　By Jennifer Kacsor/Courtroom Deputy